# Court of Appeals
# of the State of Georgia

ATLANTA,  May 15, 2025

*The Court of Appeals hereby passes the following order:*

## A25E0119. WOODARD v. HERRINGTON.

Upon consideration of the applicant's petition for mandamus, the same is HEREBY DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  05/15/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*